THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN WEAVER, Appellant. [931 NYS2d 908]—

Contrary to the defendant's contention, his plea of guilty was

knowingly, voluntarily, and intelligently made (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]), and the defendant's assertions to the contrary are belied by his lucid and appropriate responses during the plea proceedings (*see People v Alexander*, 97 NY2d 482, 486 [2002]; *People v Wager*, 34 AD3d 505, 505-506 [2006]). Accordingly, the Supreme Court providently exercised its discretion in denying the defendant's motion to withdraw his plea of guilty (*see* CPL 220.60 [3]). Mastro, J.P., Balkin, Chambers and Sgroi, JJ., concur.